Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
951-769-1268
Paulhupp@sdsualumni.org
*In Propria Persona*

FILED
CLERK, U.S. DISTRICT COURT
JAN 26 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Hupp,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Keith D. Jones,<br>"Noworries"<br>Roes 1-10,<br>Individually, Jointly, Jointly and Severally,<br><br>　　　　Defendants. | Case No.: 08-cv-06927 GW (SSx)<br><br>**PLAINTIFF PAUL HUPP'S MOTION FOR ALTERNATIVE SERVICE OF PROCESS/SUMMONS ON KEITH D. JONES**<br><br>Action Filed: 10-21-2008<br>Date:<br>Hon.: George H. Wu<br>Courtroom No.: |

I.

Introduction

Plaintiff Paul Hupp hereby files this motion for alternative service of process on defendant Keith D Jones.

II.

Plaintiff Unable To Serve Keith D. Jones For Lack Of Known Whereabouts

Plaintiff Paul Hupp has tried unsuccessfully to serve defendant Keith D. Jones with process because he does not have his current address or know his current whereabouts. Mr. Hupp requests an order from this court to serve Keith D. Jones under alternative service-specifically by

publication in the Las Vegas Review Journal, the leading metro newspaper in the jurisdiction Keith D. Jones is believed to reside in, under the "Legal Notices" section in the classified advertising for four (4) consecutive Sundays.

### III.

### Declaration Of Paul Hupp Supporting Alternative Service

I, Paul Hupp declare the following under penalty of perjury of the laws of the United States;

1. I am the plaintiff in this action.
2. I have tried to serve defendant Keith D. Jones by certified mail at his last four (4) known locations.
3. All four attempts at United States Postal Service certified mail process of service were unsuccessful because of "Insufficient address- unable to forward" (3), and "Attempted- not known-unable to forward" (1). Attached to, made a part of and by this reference incorporated into this brief as Exhibit #1 are copies of the four (4) attempts at service of process by certified mail.
4. I have been unable to find Keith D. Jones current whereabouts and have no other way to serve him.

### IV.

### Oral Argument Is Herby Waived

Plaintiff Paul Hupp hereby waives oral argument for this motion and requests that it be decided upon this brief.

V.

Conclusion

Based on the above facts Mr. Hupp prays for this court to enter an order allowing alternative service of process by publication in the Las Vegas Review Journal Under "Legal Notices" on defendant Keith D. Jones

Dated this 20th day of January, 2009

/s/ Paul Hupp
Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
951-769-1268
Paulhupp@sdsualumni.org
*In Propria Persona*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# Exhibit #1



