**MADE JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUPP, | No. CV 08-6927-GW(SSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| KEITH D. JONES, et al., | |
| Defendants. | |

For the reasons stated in the Ruling on Application for Default Judgment and the August 23, 2010 Tentative Ruling, Plaintiff Paul Hupp is awarded a judgment in the amount of $1,000.00 against Defendant Keith D. Jones as to the first cause of action for defamation-libel only. Plaintiff is also awarded costs.

Dated: This 23rd day of November, 2010.

*George H. Wu*

GEORGE H. WU
United States District Judge

-1-